## Marvin *v.* Donehoo (Nesbitt, Appellant).

(No. 181, March T., 1931.)

*Harvey A. Miller,* of *Miller & Nesbitt,* for appellant.

*H. Stewart Dunn,* of *Thompson, Rose, Bechman & Dunn,* for appellees.

OPINION BY MR. JUSTICE KEPHART, December 4, 1931:
The judgment of the court below is affirmed on the opinion in Frankel v. Donehoo, 306 Pa. 52.